## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### (Civil Division)

| | |
|---|---|
| MICHAEL BOND, JR.<br>3350 Curtis Drive, #203<br>Hillcrest Heights, MD 20746 | * |
| Plaintiff, | * |
| v. | *   Case No.: |
| United States of America | * |
| c/o Jessie K. Liu, Esq.,<br>United States Attorney for the<br>District of Columbia<br>555 4th Street, NW,<br>Washington, DC 20530 | * |
| and | * |
| c/o William Barr, Esq.,<br>U.S. Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | * |
| Defendant. | * |

## COMPLAINT

COMES NOW Plaintiff, Michael Bond, Jr., by and through his attorneys, Seann P. Malloy and Malloy Law Offices, LLC, and brings forth this lawsuit, and in support thereof states as follows:

### PARTIES

1. Plaintiff is an adult resident of Prince George's County, Maryland.

2. Defendant is United States of America. It is named defendant pursuant to the provisions of the Federal Torts Claim Act.

### JURISDICTION AND VENUE

1

3. This Court has jurisdiction over this matter and parties thereto pursuant to Federal Torts Claim Act.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

### COUNT I (Negligence)

5. Paragraphs 1 – 4 (one through four) are incorporated by reference as if fully restated herein.

6. On or about the 24th day of October, 2018, Plaintiff Michael Bond, Jr., was operating a Washington Metro Area Transit Authority (WMATA) bus, traveling northbound in the 2900 block of Martin Luther King Jr. Avenue, SE, Washington, D.C. when he stopped to allow a pedestrian to cross in the marked crosswalk.

7. That at the same date and time, Mathew Powell, an employee of Court Services and Offender Supervision Agency an agency within the United States government, was operating a motor vehicle owned by the same agency, traveling directly behind Plaintiff.

8. Suddenly and without warning, Mr. Powell, failed to keep a proper lookout and collided violently with the rear of Plaintiff's bus.

9. Defendant is liable for Mr. Powell's negligence under the doctrine of *respondent superior* and provisions of Federal Torts Claims Act, as Mr. Powell was a United States Court Services employee acting in the scope of his duties at the time his actions caused injuries to Plaintiff.

10. Plaintiff satisfied the notice requirements of the Federal Torts Claim Act.

11. The Plaintiff alleges that all of his losses and damages, past, present and prospective were proximately caused by the negligence of the Defendant without any negligence of the Plaintiff contributing thereto.

12. That at all times relevant hereto the Plaintiff exercised due care for his own safety.

13. That as a direct and proximate result of the collision the said Plaintiff was thrown forcibly and violently around and about the interior of the said bus; and

(a) was thereby caused to sustain serious and permanent injuries to his head, neck, back, body and limbs;

(b) was and will be caused to suffer great physical pain and mental anguish;

(c) suffered shock to his nerves and nervous system;

(d) was and will be required to obtain the care and treatment of hospitals and physicians for his injuries at considerable expense; and

(e) was and will be unable to engage in his occupation for a period of time, thereby losing considerable income; and

(f) was and will be unable to engage in those duties, activities and pursuits for which he was and is otherwise qualified.

14. That as a result of the collision, the said Plaintiff was, is and will be otherwise hurt, injured and damaged.

15. Accordingly, Plaintiff respectfully requests this Court to:

(1) award Plaintiff actual damages in the amount of $70,000.00

(2) award costs incurred in this action;

(3) award any other relief this Court deems proper.

Respectfully Submitted,

/s/ Seann P. Malloy
Seann P. Malloy, Esq. #490343
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
seann@malloy-law.com
*Attorney for Plaintiff*

## ELECTION FOR JURY TRIAL

The Plaintiff elects to have the above entitled matter tried before a jury.

/s/ Seann P. Malloy
Seann P. Malloy, Esq.